UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of                    :

JOSEPH D. LENTO                     :   Misc. 18-1524 (JMV)

An Attorney-at-Law                  :   ORDER TO SHOW CAUSE


It appearing by Order of the Supreme Court of New Jersey that JOSEPH D. LENTO was suspended from the practice of law for a period of one year, retroactive to July 17, 2013 and until the further Order of that Court; and good cause appearing,

It is on this 26th day of February, 2018,

**ORDERED** that JOSEPH D. LENTO, show cause on MONDAY, APRIL 2, 2018 why he should not be suspended from the practice of law for a period of one year, retroactive to July 17, 2013 before this Court and until the further Order of the Court. Should the respondent desire to file a written response, he must do so at least 10 days before the return date of the order to show cause. No oral argument will be held unless so ordered by the Court.

                                    _____
                                    Hon. John Michael Vazquez
                                    U.S. District Judge