SUPREME COURT OF NEW JERSEY
D-168 September Term 2016
079604

IN THE MATTER OF

JOSEPH D. LENTO,

AN ATTORNEY AT LAW

(Attorney No. 013252008)

ORDER

FILED

JUN 21 2017

*18-mc-1524 (JMV)*

This matter having been duly presented, it is ORDERED that **JOSEPH D. LENTO** of **NARBERTH, PENNSYLVANIA**, who was admitted to the bar of this State in 2008, and who was suspended from the practice of law for a period of one year retroactive to July 17, 2013, by Order of this Court filed April 26, 2017, be restored to the practice of law, effective immediately.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 21st day of June, 2017.

CLERK OF THE SUPREME COURT