# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of<br><br>JOSEPH D. LENTO<br><br>An Attorney-at-Law | Misc. No. 18-1524 (JMV)<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

On February 26, 2018, the Court entered an Order in this matter, D.E. 2; the Order required Joseph D. Lento to show cause on April 2, 2018 as to why he should not be suspended from the practice of law in light of a corresponding order from the Supreme Court of New Jersey; the Supreme Court of New Jersey then ordered that Lento be restored to the practice of law; and for good cause shown,

**IT IS** on this 23rd day of March, 2018

**ORDERED** that the Court's February 26, 2018 Order, D.E. 2, is hereby **VACATED**; and it is further

**ORDERED** that the Clerk's Office shall close this matter.

_____
John Michael Vazquez, U.S.D.J.