UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of              :

JOSEPH D. LENTO               :              8:18-cv-01524(BRM)

An Attorney-at-Law            :         ORDER TO SHOW CAUSE


This Court having a previously pending disciplinary proceeding based on an Order suspending JOSEPH D. LENTO ("respondent") for five years from the Supreme Court of Pennsylvania dated 11/19/2024, and the Court having now received a subsequent Order of temporary suspension being imposed upon JOSEPH D. LENTO by the Supreme Court of New Jersey dated 1/5/2026, effective immediately, for reason other than conviction of a crime, governed by L. Civ. R. 104.1(a),

And good cause appearing,

It is on this 20th day of March, 2026,

ORDERED, pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-01, that respondent show cause, in writing, on or before 4/21/2026 why the imposition of identical, reciprocal Discipline by this Court, based on the Order of temporary suspension from the Supreme Court of New Jersey dated 1/5/2026, would be unwarranted and the reasons therefor.

Should the respondent desire to file a written response, he must do so at least 10 days before the return date of the Order to Show Cause ("OSC").  No oral argument will be held unless so ordered by the Court.

Upon the failure of the respondent to timely respond by the return date of the OSC, this Court shall enter an Order imposing reciprocal discipline upon the respondent and shall change his bar membership record with this Court and deactivate his CM/ECF Filing User account with this Court.

IT IS FURTHER ORDERED, that should the respondent be temporarily suspended by this Court through the imposition of reciprocal discipline, his reinstatement shall be governed by the provisions of L. Civ. R. 104.1(g).

_Brian R. Martinotti_
Hon. Brian R. Martinotti,
U.S. District Judge