## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage

$

Total Postage and Fees

$

Postmark
Here

RE:
8:18-1524-BRM
DE #18
order to Show Cause

Sent To Anthony C. Gunst, IV

Street and Apt. No., or PO Box No. 2400 Morris Ave.

City, State, ZIP+4® Vnion, NJ 07083

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

7172 0896 5270 1770 0710 4587 29