

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK, U.S. DISTRICT COURT
MARTIN L. KING JR. COURTHOUSE
AND FEDERAL BUILDING
50 WALNUT STREET, RM. 4015
NEWARK, NEW JERSEY 07101

2026 MAR 30 A II: 8

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
CLERK

RE: 8:18-cv-1524-BRM, DE#18, Order to Show Cause

-WH