FILED, Clerk of the Supreme Court, 09 Apr 2026, **091697**

**SUPREME COURT OF NEW JERSEY**
**R-7 September Term 2025**
**091697**

| | | |
|---|---|---|
| **In the Matter of** | : | |
| **Joseph D. Lento** | : | **O R D E R** |
| **An Attorney at Law** | : | |
| **(Attorney No. 013252008)** | : | |

It is ORDERED that respondent's petition for review is denied.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 6th day of April, 2026.

*Heather J Baker*

**CLERK OF THE SUPREME COURT**

FILED, Clerk of the Supreme Court, 09 Apr 2026, **091697**