**FILED,** Clerk of the Supreme Court, 02 Oct 2026, **092104**

**SUPREME COURT OF NEW JERSEY**
**M-1016 September Term 2025**
**092104**

| | | |
|---|---|---|
| **In the Matter of** | **:** | |
| **Funds Restrained in** | **:** | **O R D E R** |
| **The Attorney Accounts of** | **:** | |
| **Joseph D. Lento** | **:** | |

This matter having been presented to the Court pursuant to Rule 1:20-23 on the petition of the Lento Law Group, P.C. for "an order seeking leave to take all actions necessary to deposit and distribute certain funds" from the attorney accounts of **Joseph D. Lento**; and

The Court having restrained from disbursement, by order filed January 6, 2026, all funds currently existing or hereinafter deposited into the attorney accounts of **Joseph D. Lento**;

And good cause appearing;

It is ORDERED that the petition is denied.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 29th day of September, 2026.

Heather J Baker

**CLERK OF THE SUPREME COURT**