**FILED,** Clerk of the Supreme Court, 02 Oct 2026, **091809**

**SUPREME COURT OF NEW JERSEY**
**M-873 September Term 2025**
**091809**

| | | |
|---|---|---|
| **In the Matter of** | : | |
| **Funds Restrained in** | : | **O R D E R** |
| **The Attorney Accounts of** | : | |
| **Joseph D. Lento** | : | |

This matter having been presented to the Court pursuant to Rule 1:20-23 on the petition of Ronald and Patricia Semprevivo, seeking the release of funds in the amount of $25,884.94, their share of settlement proceeds, from the attorney accounts of **Joseph D. Lento**; and

The Court having temporarily suspended **Joseph D. Lento** from the practice of law and restrained his attorney accounts, by order filed January 6, 2026, before the settlement proceeds were deposited; and

It appearing on this record that the settlement proceeds for which the Semprevivos seek payment were never deposited into the attorney accounts of **Joseph D. Lento**;

And good cause appearing;

It is ORDERED that the petition for the release of funds from the attorney accounts is denied without prejudice to the Semprevivos' ability to pursue recovery, from other appropriate sources, of any money owed to them

**FILED,** Clerk of the Supreme Court, 02 Oct 2026, **091809**

by **Joseph D. Lento**.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 29th day of September, 2026.

Heather J Baker

**CLERK OF THE SUPREME COURT**