UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| JOSEPH D. LENTO | : | 8:18-cv-01524-BRM |
| An Attorney-at-Law | : | O R D E R |

It appearing that this disciplinary matter began in 2024, when Respondent, JOSEPH D. LENTO, submitted through his Counsel, Anthony C. Gunst, IV, that Respondent was suspended from the Bar of the Commonwealth of Pennsylvania for five years.

It further appearing on December 18, 2024, this Court entered an Order to Show Cause pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-1, that Respondent show cause, in writing, why the imposition of reciprocal discipline by this Court would be unwarranted and the reasons therefor.

It further appearing that Respondent filed his Response to this Court's Order to Show Cause on April 25, 2025, stating this Court should decline to impose reciprocal discipline to the Commonwealth of Pennsylvania's Order and should instead enter an order of discipline for a reprimand.

It further appearing this Court received notice from the Supreme Court of New Jersey that JOSEPH D. LENTO was temporarily suspended from the practice of law in that Court, effective immediately, and until further order of the Court, by Order dated January 5, 2026.

It further appearing on March 20, 2026, this Court entered a second Order to Show Cause pursuant to L. Civ. R. 104.1(b) and

Standing Order 2023-1, in reference to the Order from the Supreme Court of New Jersey, that Respondent show cause, in writing, why the imposition of reciprocal discipline by this Court would be unwarranted and the reasons therefor.

It further appearing that Respondent filed his Response to this Court's second Order to Show Cause on April 9, 2026, requesting that this Court decline to impose reciprocal discipline pending resolution of the underlying disciplinary proceedings in New Jersey.

It further appearing this Court then received notice from the Supreme Court of New Jersey of two Orders in that Court dated April 6, 2026. The first Order denied Respondent's Petition for Review. The second Order suspends JOSEPH D. LENTO from the practice of law for two years, and until further order of that Court, effective immediately.

After careful consideration of all the materials of record, including Mr. Lento's opposition to the imposition of reciprocal discipline, and good cause appearing,

It is on this 13th, day of October, 2026,

ORDERED that reciprocal discipline is imposed, pursuant to L. Civ. R. 104.1(b)(4), and that JOSEPH D. LENTO, be and he hereby is suspended from the practice of law before this Court for a period of two years, and until further order of the Court, retroactive to January 6, 2026; and it is further

ORDERED that JOSEPH D. LENTO, be and he hereby is restrained

and enjoined from the practice of law before this Court during the period of suspension.

HON. RENÉE MARIE BUMB
Chief Judge